# EXHIBIT A

| CASE NO. | | SUMMONS NO. |
|---|---|---|
| CV17876406 | D1 FX | 31538381 |

Rule 4 (B) Ohio

Rules of Civil
Procedure

AMERICAN REFRIGERATION EQUIPMENT, INC. **PLAINTIFF**

**VS**

TRAVELERS CASUALTY INSURANCE COMPANY **DEFENDANT**
OF AMERICA

## SUMMONS

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA
C/O CSC-LAWYERS INCORPORATING
SERVICE
50 W. BROAD STREET, SUITE 1800
COLUMBUS OH 43215

You have been named defendant in a sums complaint (copy attached hereto) filed in Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113, by the plaintiff named herein.

You are hereby summoned and required to answer the complaint within 28 days after service of this summons upon you, exclusive of the day of service.

**Said answer is required to be served on:**



Said answer is required to be served on Plaintiff's Attorney (Address denoted by arrow at left.)

Plaintiff's Attorney

ROBERT A. RUTTER
4700 ROCKSIDE ROAD    SUITE 650

CLEVELAND, OH 44131-0000

Your answer must also be filed with the court within 3 days after service of said answer on plaintiff's attorney.

If you fail to do so, judgment by default will be rendered against you for the relief demanded in the complaint.

**Case has been assigned to Judge:**

CAROLYN B FRIEDLAND
**Do not contact judge. Judge's name is given for attorney's reference only.**



**NAILAH K. BYRD**
Clerk of the Court of Common Pleas



| DATE |
|---|
| Feb 23, 2017 |

By_____
Deputy

COMPLAINT FILED   02/23/2017



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**New Case Electronically Filed:**
**February 23, 2017 14:39**

By: ROBERT A. RUTTER 0081503

Confirmation Nbr. 995689

AMERICAN REFRIGERATION EQUIPMENT, INC.                CV 17 876406

    vs.

TRAVELERS CASUALTY INS. CO. OF AMERICA            **Judge:**  CAROLYN B. FRIEDLAND

**Pages Filed:**  18

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| AMERICAN REFRIGERATION EQUIPMENT, INC.<br>4001 Hamilton Avenue<br>Cleveland, Ohio 44114<br><br>　　　　　Plaintiff<br><br>　vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA<br>CSC – Lawyers Incorporating Service<br>50 W. Broad Street, Suite 1800<br>Columbus, Ohio 43215<br><br>　　　　　Defendant | CASE NO.<br><br>JUDGE<br><br>**COMPLAINT**<br><br>**(Jury Demand Endorsed Hereon)** |

## COMPLAINT

Plaintiff, American Refrigeration Equipment, Inc. ("American Refrigeration"), by and through its attorney, Rutter & Russin, LLC., and for its Complaint against Defendant, Travelers Casualty Insurance Company of America ("Travelers"), states as follows:

### NATURE OF THE ACTION

1.　　American Refrigeration brings this action for breach of contract due to Travelers' failure to comply with the insurance policy it issued to American Refrigeration and to pay insurance benefits for damages to covered property.

### THE PARTIES

2.　　At all times material herein, American Refrigeration was and is an Ohio corporation owning the properties located at 4001 Hamilton Avenue, Cleveland Ohio 44114 and 41885 North Ridge Road, Elyria, Ohio 44035.

3.    At all times material herein, Travelers was and is a Connecticut company authorized to do business in the State of Ohio and engaged in the business of underwriting and issuing residential insurance policies.

## JURISDICTION & VENUE

4.    This Court has jurisdiction over the present action pursuant to Ohio Revised Code ("O.R.C.") § 2305.01, because at all times relevant to this Complaint, Defendant, either individually or through its agents, officers or representatives, transacted business in the State of Ohio relating to the allegations herein.

5.    Venue is proper in Cuyahoga County under Civil Rule 3(B)(3) (5) (6) and (7) because Plaintiff resides in Cuyahoga County, Ohio, Defendant has transacted substantial business in Cuyahoga County, Ohio, and Cuyahoga County, Ohio is where the majority of transactions relating to the allegations herein occurred.

## FACTS COMMON TO ALL COUNTS

6.    Travelers issued an insurance policy that provided business owners property coverage to American Refrigeration, Policy Number 680-2434N402 (the "Policy") with the effective dates of March 7, 2014 to March 7, 2015 for the commercial buildings located at 4001 Hamilton Avenue, Cleveland Ohio 44114 and 41885 North Ridge Road, Elyria, Ohio 44035 (the "Insured Properties"). A true and certified copy of the Policy is attached hereto as Exhibit A.

7.    Under the Policy, Travelers agreed to pay for covered direct physical loss and damage to the Insured Property, including loss and damage caused by wind and ice and snow.

8.    American Refrigeration paid the premiums due on the Policy in a timely manner.

9.     American Refrigeration has performed all of the duties and responsibilities required of it under the Policy, or alternatively, has been excused from performance by Travelers' acts, representations and/or conduct.

10.    On or around June 30, 2014 the Insured Properties sustained direct physical loss or damage from wind (the "Wind Loss").

11.    The Policy was in full force and effect at the time of the Wind Loss.

12.    Damage from wind is a covered cause of loss under the Policy.

13.    American Refrigeration promptly notified Travelers of American Refrigeration's' loss and submitted a claim, Number E2S6128, to Travelers for insurance benefits due under the Policy for the Wind Loss.

14.    On February 27, 2015 the Insured Properties sustained direct physical loss or damage from ice and snow (the "Ice and Snow Loss").

15.    The Policy was in full force and effect at the time of the Ice and Snow Loss.

16.    Damage from ice and snow is a covered cause of loss under the Policy.

17.    American Refrigeration promptly notified Travelers of American Refrigeration's loss and submitted a claim, Number E2S6475, to Travelers for insurance benefits due under the Policy for the Ice and Snow Loss.

18.    American Refrigeration has fulfilled all other duties required of it under the Policy.

## COUNT I
### (Breach of Contract – the Wind Loss)

19.    Plaintiff reasserts and re-alleges paragraphs 1-18 as paragraph 19 of Count I as though fully set forth herein.

20.     Pursuant to the Policy, Travelers has a contractual obligation to fully investigate and adjust the Wind Loss, and pay the full amount of Plaintiff's covered losses, including the costs to repair and/or replace the damage, less the applicable deductible.

21.     Plaintiff has performed all conditions precedent to its right to recovery under the Policy.

22.     Travelers is liable to Plaintiff for the full amount allowed by the Policy for the Wind Loss.

23.     Travelers refused and continues to refuse to pay for all of the benefits under the Policy, including the full costs to repair and/or replace the wind damage to the Insured Properties, forcing Plaintiff to litigate.

24.     On information and belief, at the time of the losses, Philadelphia's internal claims policies, practices, and procedures included compliance with section 3901-1-54 of the Ohio Revised Code – Unfair property/casualty claims settlement practices.

25.     Under section 3901-1-54, notice shall be given to claimants at least sixty days before the expiration of any statute of limitation or contractual limit, where the insurer has not been advised that the claimant is represented by legal counsel.

26.     Contrary to its statutory requirement to do so, Travelers never advised American Refrigeration within sixty days of when the Policy's suit limitation period was going to expire. As such, Travelers is waived and or estopped from relying on the Policy's suit limitation period.

27.     Additionally, section 3901-1-54 of the Ohio Revised Code states that when an interior or exterior loss requires replacement of an item and the replaced item does not match

the quality, color or size of the item suffering the loss, the insurer shall replace as much of the item as to result in a reasonably comparable appearance.

28. Travelers breached its contract with Plaintiff by:

    a. not promptly paying Plaintiff all benefits owed as a result of the covered Wind Loss;

    b. Failing to advise American Refrigeration within sixty days that the Policy's suit limitation period was going to expire;

    c. failing to pay for all consequential damage;

    d. failing to pay for the matching of the roofs to a reasonably comparable appearance; and

    e. not putting Plaintiff in the position it would have been in had Travelers timely performed all of its contractual duties.

29. As a direct and proximate result of Travelers' breach of contract, Plaintiff:

    a. suffered and will continue to suffer significant property damage;

    b. incurred and will incur in the future costs to repair and/or replace the property damage;

    c. suffered and will continue to suffer consequential damages;

    d. is entitled to an award of prejudgment interest, taxable costs, and investigatory fees; and

    e. incurred other expenses as a result of Travelers' breach of contract.

WHEREFORE Plaintiff, American Refrigeration Equipment, Inc., demands judgment in its favor against Defendant, Travelers Casualty Insurance Company of America, for monetary damages in an amount in excess of $25,000.00, including, but not limited to, property damage, pre-judgment interest, investigatory fees, costs, and all other damages and costs the Court deems appropriate.

## COUNT II
### (Quantum Meruit – the Wind Loss)

30.    Plaintiff reasserts and re-alleges paragraphs 1-26 as paragraph 27 of Count I as though fully set forth herein.

31.    Travelers requested and received premium payments from American Refrigeration, and acknowledged that a covered cause of loss occurred to the Insured Properties in the form of wind. Travelers adjusted the loss with American Refrigeration.

32.    Contrary to its statutory requirement to do so, Travelers never advised American Refrigeration within sixty days of when the Policy's suit limitation period was going to expire.

33.    Were Travelers able to avoid payment for the full amount of the Wind Loss to American Refrigeration due to the Policy's suit limitation period having run, and without having provided American Refrigeration the benefit of the statutorily required sixty-day notice, Travelers would be unjustly enriched at American Refrigeration's expense.

WHEREFORE, In the alternative to its claims for breach of contract, American Refrigeration seeks recovery in quantum meruit against Defendant, Travelers Casualty Insurance Company of America, in an amount in excess of $25,000.00, including, but not limited to, property damage, pre-judgment interest, investigatory fees, costs, and all other damages and costs the Court deems appropriate.

## COUNT III
### (Breach of Contract- the Ice and Snow Loss)

34.    Plaintiff reasserts and re-alleges paragraphs 1-30 as paragraph 31 of Count II as though fully set forth herein.

35.     Pursuant to the Policy, Travelers has a contractual obligation to fully investigate and adjust the Ice and Snow Loss, and pay the full amount of Plaintiff's covered losses, including the costs to repair and/or replace the damage, less the applicable deductible.

36.     Plaintiff has performed all conditions precedent to its right to recovery under the Policy.

37.     Travelers is liable to Plaintiff for the full amount allowed by the Policy for the Ice and Snow Loss.

38.     Section 3901-1-54 of the Ohio Revised Code states that when an interior or exterior loss requires replacement of an item and the replaced item does not match the quality, color or size of the item suffering the loss, the insurer shall replace as much of the item as to result in a reasonably comparable appearance.

39.     Travelers refused and continues to refuse to pay for all of the benefits under the Policy, including the full costs to repair and/or replace the ice and snow damage to the Insured Properties, forcing Plaintiff to litigate.

40.     Travelers breached its contract with Plaintiff by:

    f.  not promptly paying Plaintiff all benefits owed as a result of the covered Ice and Snow Loss;

    g.  failing to pay for all consequential damage;

    h.  failing to pay for the matching of the roofs to a reasonably comparable appearance; and

    i.  not putting Plaintiff in the position it would have been in had Travelers timely performed all of its contractual duties.

41.     As a direct and proximate result of Travelers' breach of contract, Plaintiff:

    f.  suffered and will continue to suffer significant property damage;

    g.  incurred and will incur in the future costs to repair and/or replace the property damage;

h.   suffered and will continue to suffer consequential damages;

i.   is entitled to an award of prejudgment interest, taxable costs, and investigatory fees; and

j.   incurred other expenses as a result of Travelers' breach of contract.

WHEREFORE Plaintiff, American Refrigeration Equipment, Inc., demands judgment in its favor against Defendant, Travelers Casualty Insurance Company of America, for monetary damages in an amount in excess of $25,000.00, including, but not limited to, property damage, pre-judgment interest, investigatory fees, costs, and all other damages and costs the Court deems appropriate.

## COUNT IV
### (Bad Faith)

42.   Plaintiff reasserts and re-alleges paragraphs 1-41 as paragraph 42 of Count IV as though fully set forth herein.

43.   At all times relevant herein, Travelers owed a duty of fair dealing and good faith to Plaintiff.

44.   In issuing partial payment on Plaintiff's claim, Travelers, through their agents, adjusters, and investigators, acted unreasonably, without reasonable justification, fraudulently, intentionally, recklessly, and not in good faith.

45.   Travelers, through their agents, adjusters, and investigators, acted intentionally, willfully wantonly, and/or with actual malice in issuing partial payment on Plaintiff's claim. Among other actions, Travelers:

a.   Failing to advise American Refrigeration within sixty days that the Policy's suit limitation period was going to expire;
b.   failing to pay for the matching of the roofs to a reasonably comparable appearance;
c.   Failed to conduct an adequate and complete investigation of the claim; and
d.   Failed to timely respond to numerous correspondence from Plaintiff or Plaintiff's representatives.

46.     As a direct and proximate result of Travelers' breach of its duty of good faith and

fair dealing, Plaintiff:

     a.  suffered and will continue to suffer significant property damage;

     b.  incurred and will incur in the future the costs to repair and/or replace the property damage;

     c.  suffered and will continue to suffer consequential damages;

     d.  is entitled to an award of prejudgment interest, taxable costs, punitive damages, and investigatory fees; and

     e.  incurred other expenses as a result of Travelers' bad faith.

WHEREFORE Plaintiff, American Refrigeration Equipment, Inc., demands judgment in

its favor against Defendant, Travelers Casualty Insurance Company of America for monetary

damages in an amount in excess of $25,000.00, including, but not limited to, property damage,

pre-judgment interest, investigatory fees, costs, punitive damages, and all other damages and

costs the Court deems appropriate.


          Respectfully submitted,

          */s/ Robert A. Rutter*
          Robert A. Rutter (0081503)
          RUTTER & RUSSIN, LLC
          One Summit Office Park, Suite 650
          4700 Rockside Road
          Cleveland, Ohio 44131
          (216) 642-1425
          bobbyrutter@OhioInsuranceLawyer.com

          */s/ Scott Green*
          Scott Green (Pro Hac Vice Pending)
          CHILDRESS LOUCKS & PLUNKETT
          11 West Illinois Street, 4th Floor
          Chicago, IL  60654
          (312) 494-9365
          sgreen@childresslawyers.com

## JURY DEMAND

Plaintiffs hereby request, pursuant to Civil Rule 38(B), a trial by jury of the issues of the within lawsuit.

/s/ Robert A. Rutter
ROBERT A. RUTTER
Attorney for Plaintiff



# TRAVELERS

**Report Claims Immediately by Calling**
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

Unless Your Policy Requires Written Notice or Reporting

## STORE PAC

**RESTAURANT EQUIPMENT SUPPLIES**



A Custom Insurance Policy Prepared for:

AMERICAN REFRIGERATION
EQUIPMENT INC. CCD BUILDING MANAGEMENT
4001 HAMILTON AVE
CLEVELAND OH 44114

Presented by:  SCHLATHER INS AGCY INC



EXHIBIT
1

**TRAVELERS** 　　　　　One Tower Square, Hartford, Connecticut 06183

OTHER INTEREST　　　　　　　　　　　　　　　　　　　　CHANGE ENDORSEMENT
INSURING COMPANY:
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

|  |  |  |
|---|---|---|
| Named Insured: | AMERICAN REFRIGERATION | |
| | EQUIPMENT INC. CCD BUILDING MANAGEMENT | |
| Policy Number: | 680-2434N402-13-42 | |
| Policy Effective Date: | 03/07/2013 | |
| Policy Expiration Date: | 03/07/2014 | |
| Issue Date: | 04/01/2013 | |
| RETURN    Premium $ | -696,00 | |

Effective from  03/22/13  at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

Under the Common Policy Declarations, Item 3. Locations, the
Businessowners Coverage Part, the following Location(s) is/are
deleted:
PREM. NO.　　　　　BLDG. NO

3　　　　　　　　　　1

The following forms and/or endorsements is/are included with this change.
These forms are added to the policy or replace forms already existing
on the policy:
IL T0 07 09 87

Rates and/or premiums have been changed to reflect a change in the exposure
and/or rating procedure

NAME AND ADDRESS OF AGENT OR BROKER　　　　　Countersigned by
SCHLATHER INS AGCY INC
Po Box 2020
　　　　　　　　　　　　　　　　　　　　　　　　　_____
Elyria　　　　　　　　　　　OH  44036-5020　　　　Authorized Representative

　　　　　　　　　　　　　　　　　　　　　　　　　DATE: 04/01/2013

IL T0 07 09 87 (Page  1 of 1 )　　　　　　　　　　　　　Office: CLEVELAND OH

Electronically Filed 02/23/2017 14:39 / / CV 17 876406 / Confirmation Nbr. 995689 / CLKMG



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

| | |
|---|---|
| **COMMON POLICY DECLARATIONS** | **POLICY NO.:** 680-2434N402-13-42 |
| STORE FAC | **ISSUE DATE:** 01/22/2013 |
| BUSINESS:RESTAURANT EQUI | |

**INSURING COMPANY:**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

1. **NAMED INSURED AND MAILING ADDRESS:**
   AMERICAN REFRIGERATION
   AND AS PER IL T8 00
   4001 HAMILTON AVE
   CLEVELAND OH 44114

2. **POLICY PERIOD:** From 03/07/2013 to 03/07/2014 12:01 A.M. Standard Time at your mailing address.

3. **DESCRIPTION OF PREMISES:**

ADDRESS
PREM. LOC. NO.  BLDG. NO.  OCCUPANCY      (same as Mailing Address unless specified otherwise)

SEE IL T0 20 02 05

4. **COVERAGE PARTS AND SUPPLEMENTS FORMING PART OF THIS POLICY AND INSURING COMPANIES**

| COVERAGE PARTS and SUPPLEMENTS | INSURING COMPANY |
|---|---|
| Businessowners Coverage Part | ACJ |
| Commercial Inland Marine Coverage Part | ACJ |

5. The COMPLETE POLICY consists of this declarations and all other declarations, and the forms and endorse-ments for which symbol numbers are attached on a separate listing.

6. **SUPPLEMENTAL POLICIES:** Each of the following is a separate policy containing its complete provisions.

| POLICY | POLICY NUMBER | INSURING COMPANY |
|---|---|---|

DIRECT BILL

7. **PREMIUM SUMMARY:**

| | | |
|---|---|---|
| Provisional Premium | $ | 16,218.00 |
| Due at Inception | $ | |
| Due at Each | $ | |

**NAME AND ADDRESS OF AGENT OR BROKER**

SCHLATHER INS AGCY INC          HU198
Po Box 2020

Elyria                          OH 44036-5020
IL T0 19 02 05   (Page 1 of 01)
Office: CLEVELAND OH      DOWN

**COUNTERSIGNED BY:**

_____
Authorized Representative

DATE: 01/22/2013

**TRAVELERS** 　　　One Tower Square, Hartford, Connecticut 06183

BUSINESSOWNERS COVERAGE PART DECLARATIONS

STORE PAC

POLICY NO.: 680-2434N402-13-42
ISSUE DATE: 01/22/2013

INSURING COMPANY:
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

POLICY PERIOD:
From 03-07-13 to 03-07-14 12:01 A.M. Standard Time at your mailing address

FORM OF BUSINESS:  LLC

COVERAGES AND LIMITS OF INSURANCE:  Insurance applies only to an item for which a
"limit" or the word "included" is shown.

COMMERCIAL GENERAL LIABILITY COVERAGE

| OCCURRENCE FORM | | LIMITS OF INSURANCE |
|---|---|---|
| General Aggregate (except Products-Completed Operations Limit) | $ | 2,000,000 |
| Products-completed Operations Aggregate Limit | $ | 2,000,000 |
| Personal and Advertising Injury Limit | $ | 1,000,000 |
| Each Occurrence Limit | $ | 1,000,000 |
| Damage to Premises Rented to You | $ | 300,000 |
| Medical Payments Limit (any one person) | $ | 5,000 |

BUSINESSOWNERS PROPERTY COVERAGE

DEDUCTIBLE AMOUNT:　Businessowners Property Coverage:　$  500 per occurrence.
　　　　　　　　　　　Building Glass:　　　　　　　　　$  500 per occurrence.

BUSINESS INCOME/EXTRA EXPENSE LIMIT:　Actual loss for 12 consecutive months

Period of Restoration-Time Period:　　Immediately

ADDITIONAL COVERAGE:
    Fine Arts:　　　　　　　　$      25,000

Other additional coverages apply and may be changed by an endorsement.  .Please
read the policy.

SPECIAL PROVISIONS:

## COMMERCIAL GENERAL LIABILITY COVERAGE
## IS SUBJECT TO A GENERAL AGGREGATE LIMIT

MP T0 01 02 05  (Page 1 of 4)

## BUSINESSOWNERS PROPERTY COVERAGE

**PREMISES LOCATION NO.:**  001          **BUILDING NO. :**  001

| COVERAGE | | LIMIT OF INSURANCE | VALUATION | COINSURANCE | INFLATION GUARD |
|---|---|---|---|---|---|
| BUILDING<br>*Replacement Cost | $ | 1,447,857 | RC* | N/A | 0.0% |
| BUSINESS PERSONAL PROPERTY<br>*Replacement Cost | $ | 115,828 | RC* | N/A | 0.0% |

COVERAGE EXTENSIONS:
| Accounts Receivable | $ | 25,000 |
| Valuable Papers | $ | 25,000 |

**PREMISES LOCATION NO.:**  002          **BUILDING NO. :**  001

| COVERAGE | | LIMIT OF INSURANCE | VALUATION | COINSURANCE | INFLATION GUARD |
|---|---|---|---|---|---|
| BUILDING<br>*Replacement Cost | $ | 1,505,772 | RC* | N/A | 0.0% |
| BUSINESS PERSONAL PROPERTY<br>*Replacement Cost | $ | 289,571 | RC* | N/A | 0.0% |

COVERAGE EXTENSIONS:
| Accounts Receivable | $ | 25,000 |
| Valuable Papers | $ | 25,000 |

**PREMISES LOCATION NO.:**  003          **BUILDING NO. :**  001

| COVERAGE | | LIMIT OF INSURANCE | VALUATION | COINSURANCE | INFLATION GUARD |
|---|---|---|---|---|---|
| BUSINESS PERSONAL PROPERTY<br>*Replacement Cost | $ | 115,828 | RC* | N/A | 0.0% |

COVERAGE EXTENSIONS:
| Accounts Receivable | $ | 25,000 |
| Valuable Papers | $ | 25,000 |

**PREMISES LOCATION NO.:**  004          **BUILDING NO. :**  001

| COVERAGE | | LIMIT OF INSURANCE | VALUATION | COINSURANCE | INFLATION GUARD |
|---|---|---|---|---|---|
| BUSINESS PERSONAL PROPERTY<br>*Replacement Cost | $ | 115,828 | RC* | N/A | 0.0% |

COVERAGE EXTENSIONS:
| Accounts Receivable | $ | 25,000 |
| Valuable Papers | $ | 25,000 |

**PREMISES LOCATION NO.:**  005          **BUILDING NO. :**  001

| COVERAGE | LIMIT OF INSURANCE | VALUATION | COINSURANCE | INFLATION GUARD |
|---|---|---|---|---|

MP T0 01 02 05   (Page 2 of 4)

## BUSINESSOWNERS PROPERTY COVERAGE

| | | | | | |
|---|---|---|---|---|---|
| BUILDING<br>*Replacement Cost | $ | 1,111,954 | RC* | N/A | 0.0% |
| BUSINESS PERSONAL PROPERTY<br>*Replacement Cost | $ | 57,913 | RC* | N/A | 0.0% |

COVERAGE EXTENSIONS:
| | | |
|---|---|---|
| Accounts Receivable | $ | 25,000 |
| Valuable Papers | $ | 25,000 |

Other  coverage extensions apply and may be changed by an endorsement.  Please read the policy.

MP T0 01 02 05   (Page 3 of 4)

Electronically Filed 02/23/2017 14:39 / / CV 17 876406 / Confirmation Nbr. 995689 / CLKMG

POLICY NUMBER:  680-2434N402-13-42

EFFECTIVE DATE:  03/07/2013

ISSUE DATE:  01/22/2013

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS

| | |
|---|---|
| IL T0 19 02 05 | COMMON POLICY DECLARATIONS |
| MP T0 01 02 05 | BUSINESSOWNERS COVERAGE PART DECLARATIONS |
| IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| IL T3 15 09 07 | COMMON POLICY CONDITIONS |
| IL T0 20 02 05 | ADDITIONAL LOCATIONS |

BUSINESSOWNERS

| | |
|---|---|
| MP T0 25 02 05 | SPECIAL PROVISIONS - LOSS PAYEE |
| CP 12 18 06 95 | LOSS PAYABLE PROVISIONS |
| MP T1 30 02 05 | TABLE OF CONTENTS - BUSINESSOWNERS COVERAGE PART - DELUXE PLAN |
| MP T1 02 02 05 | BUSINESSOWNERS PROPERTY COVERAGE SPECIAL FORM |
| MP T3 25 01 08 | TERRORISM RISK INSURANCE ACT OF 2002 DISCLOSURE |
| MP T3 50 11 06 | EQUIPMENT BREAKDOWN - SERVICE INTERRUPTION LIMITATION |
| MP T3 56 02 08 | AMENDATORY PROVISIONS - GREEN BUILDING AND BUSINESS PERSONAL PROP COV ENHANCEMENTS |
| MP T9 70 03 06 | POWER PAC ENDORSEMENT |
| CP 01 23 04 08 | OHIO CHANGES |

COMMERCIAL GENERAL LIABILITY

| | |
|---|---|
| CG T0 08 07 86 | KEY TO DECLARATIONS PREMIUM SCHEDULE |
| CG T0 34 11 03 | TABLE OF CONTENTS - COMMERCIAL GENERAL LIABILITY COVERAGE FORM CG 00 01 10 01 |
| CG 00 01 10 01 | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG 21 70 01 08 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| CG D2 55 11 03 | AMENDMENT OF COVERAGE - POLLUTION |
| CG D3 09 11 03 | AMENDATORY ENDR- PRODUCTS-COMPLETED OPERATIONS HAZARD |
| CG D4 71 02 09 | AMENDMENT OF COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY |
| CG D0 37 04 05 | OTHER INSURANCE - ADDITIONAL INSUREDS |
| CG D2 03 12 97 | AMEND - NON CUMULATION OF EACH OCC |
| CG D4 13 04 08 | AMEND COVG - POLLUTION-EQUIP EXCEPTION |
| CG D2 56 11 03 | AMENDMENT OF COVERAGE - PROPERTY DAMAGE |
| CG D2 88 11 03 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG D3 26 10 11 | EXCLUSION - UNSOLICITED COMMUNICATION |
| CG D3 56 01 05 | MOBILE EQUIPMENT REDEFINED - EXCLUSION OF VEHICLES SUBJECT TO MOTOR VEHICLE LAWS |
| CG D4 21 07 08 | AMEND CONTRAL LIAB EXCL - EXC TO NAMED INS |
| CG D6 18 10 11 | EXCLUSION - VIOLATION OF CONSUMER FINANCIAL PROTECTION LAWS |
| CG D1 42 01 99 | EXCLUSION - DISCRIMINATION |

IL T8 01 01 01

PAGE:  1  OF  2

Electronically Filed 02/23/2017 14:39 /  / CV 17 876406 / Confirmation Nbr. 995689 / CLKMG

POLICY NUMBER: 680-2434N402-13-42

EFFECTIVE DATE: 03/07/2013

ISSUE DATE: 01/22/2013

COMMERCIAL GENERAL LIABILITY (CONTINUED)

| | |
|---|---|
| CG D2 42 01 02 | EXCLUSION - WAR |
| CG T4 78 02 90 | EXCLUSION - ASBESTOS |
| CG T9 29 07 86 | OCCURRENCE - WEST VIRGINIA AND OHIO |

MULTIPLE SUBLINE ENDORSEMENTS

| | |
|---|---|
| CG T3 33 11 03 | LIMITATION WHEN TWO OR MORE POLICIES APPLY |

COMMERCIAL INLAND MARINE

| | |
|---|---|
| CM T0 05 01 98 | CONTRACTOR'S EQUIPMENT COVERAGE - DECLARATIONS |
| CM T0 11 08 05 | COMMERCIAL INLAND MARINE COVERAGE PART - TABLE OF CONTENTS |
| CM 00 01 09 04 | COMMERCIAL INLAND MARINE CONDITIONS |
| CM T1 03 01 98 | CONTRACTORS EQUIPMENT - SPECIAL |
| CM 01 40 04 08 | OHIO CHANGES |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T3 82 08 06 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| IL T8 00 03 13 | GENERAL PURPOSE ENDORSEMENT |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |
| IL 02 44 09 07 | OHIO CHANGES - CANCELLATION AND NONRENEWAL |
| IL T3 79 01 08 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |

IL T8 01 01 01                                          PAGE:  2  OF  2

◄ Insert shipping
document here.

Extremely Urgent

RT 709

WED 16:30  2940
02:28

ORIGIN ID:BKLA      (216) 443-7950
CCOC
1200 ONTARIO
CLEVELAND, OH 44113
UNITED STATES US

SHIP DATE: 24FEB17
ACTWGT: 1.00 LB
CAD: 106501655/WSXI2900

BILL SENDER

TO  TRAVELERS CASUALTY INSURANCE COMPAN
C/O CSC-LAWYERS INCORPORATING SERVI
50 W. BROAD STREET, SUITE 1800

COLUMBUS OH 43215
(216) 443-7950        REF: CV17876406
INV: 31538381
PO:                          DEPT:





FedEx
Express

E

WED - 01 MAR 4:30P
EXPRESS SAVER
DSR

TRK#   7857 0611 2940
0201

43215

SX GQQA        OH-US  LCK

