# U.S. DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| AMERICAN REFRIGERATION EQUIPMENT, INC., | ] <br> ] Case No: 1:17-CV-00652-PAG-WJB <br> ] Hon. Patricia A. Gaughan |
| Plaintiff, | ] Magistrate William H. Baughman, Jr. <br> ] |
| v | ] **STIPULATED ORDER OF DISMISSAL** <br> ] **WITH PREJUDICE AND WITHOUT** |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, | ] **COSTS TO EITHER PARTY** <br> ] <br> ] |
| Defendant. | ] |

\* \* \* \* \* \*

**IT IS HEREBY STIPULATED** that Plaintiff's Complaint be dismissed with prejudice and without costs to either party.

**IT IS SO ORDERED.**

/s/ Patricia A. Gaughan     1/3/18
_____
Hon. Patricia A. Gaughan
U.S. DISTRICT COURT JUDGE

**Stipulated to by:**

s/ Andrew M. Plunkett
ANDREW M. PLUNKETT
**Childress Loucks & Plunkett, Ltd.**
11 W. Illinois Street, 4th Fl
Chicago, IL  60654
(312) 494-0200 / (312) 494-0202 – Fax
aplunkett@childresslawyers.com

s/ Robert A. Rutter
ROBERT A RUTTER (0081503)
**RUTTER & RUSSIN, LLC**
One Summit Office Park, Suite 650
4700 Rockside Road
Cleveland, OH  44131
(216) 642-1425
bobbyrutter@OhioInsuranceLawyer.com

*Attorneys for Plaintiff*

s/ Kurt D. Meyer
KURT D. MEYER (0087580)
**GREGORY AND MEYER, P.C.**
340 E. Big Beaver Road, Suite 520
Troy, MI  48083
(248) 689-3920 / (248) 689-4560 – Fax
kmeyer@gregorylaw.com

*Attorneys for Defendant*